IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANKLIN JOE FIELDS,

    Plaintiff,

v.    CASE NO. CV416-027

SAVANNAH MARINE TERMINAL,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to impose the restrictions on future filings as detailed in the Report and Recommendation, and to close this case.

SO ORDERED this 31st day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA